April 12, 2023

Re: *United States v. Nunez*, 1:22-cr-00293-JPO

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Oetken:

We represent Defendant Jowenky Nunez, Sr. in the above-captioned matter. We write to request an extension of time to file a motion to dismiss on Mr. Nunez's behalf, so that we can adequately review the motion with Mr. Nunez prior to filing. The government has consented to this application.

Pursuant to this Court's March 15, 2023 order (*see* Dkt. No. 233), defendant Jowenky Nunez, Sr.'s motion to dismiss is currently due on April 14, 2023. We respectfully request that the deadline for Mr. Nunez's motion to dismiss be moved until April 28, 2023, with corresponding changes to the response and reply deadlines.

Thank you very much for your consideration.

Respectfully submitted,

/s/ Luca Marzorati

Mari Byrne
Luca Marzorati
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
mari.byrne@davispolk.com
luca.marzorati@davispolk.com

/s/ Sabrina P. Shroff

Sabrina P. Shroff
80 Broad Street, 19th Floor
New York, New York 10004
Telephone: (646) 763-1490
sabrinashroff@gmail.com

cc:   All Counsel (by ECF)

Granted.
So ordered.
 4/17/2023

J. PAUL OETKEN
United States District Judge