UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOWENKY NUNEZ, Sr.,<br>                          Defendant. | S7 22-CR-293-17 (JPO)<br><br>ORDER |

J. Paul Oetken, District Judge:

    The C.J.A. attorneys previously appointed in this case, Sabrina P. Shroff and John A. Diaz, and Pro Bono counsel Luca Marzorati and Mari Grace, are hereby relieved as counsel.

C.J.A. attorney Calvin Scholar is hereby appointed to represent the defendant.

    SO ORDERED.

Dated: August 26, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge