UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOWENKY NUNEZ, SR.,<br>    a/k/a "Bala,"<br><br>                 *Defendant.* | **Protective Order Modification**<br><br>22 Cr. 293 (JPO) |

Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendant having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

1. On July 26, 2022, the Court entered a Protective Order (the "Protective Order") (Dkt. 77) to govern discovery materials in this matter that was signed by all parties then in the case. On July 29, 2022, the Court amended the Protective Order (Dkt. 80) to explicitly allow disclosure of discovery materials to the Coordinating Discovery Attorney. A copy of the Protective Order as amended is attached here as Exhibit A.

2. On or about August 2, 2022, defendant Jowenky Nunez, Sr., was arrested and appointed counsel ("Prior Counsel"). On or about August 5, 2022, the Court ordered Nunez, Sr., and Prior Counsel to be bound by the terms of the Protective Order. (Dkt. 121).

3. On or about August 27, 2024, Calvin Harold Scholar, Esq., was appointed new counsel for Nunez, Sr.

4. Counsel for Nunez, Sr., Calvin Harold Scholar, Esq., agrees to be bound by the terms of the Protective Order.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

by: */s/ Kevin Mead*          Date: August 27, 2024
    Kevin Mead
    Sarah L. Kushner
    Ashley C. Nicolas
    Assistant United States Attorneys

                              Date: 9/2/2024
    Calvin Harold Scholar, Esq.
    Counsel for Jowenky Nunez, Sr.

SO ORDERED:

Dated: New York, New York
       September 3, 2024

                              _____
                              J. PAUL OETKEN
                              United States District Judge

2