UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOWENKY NUNEZ, Sr.,
                  Defendant.

S7 22-CR-293-17 (JPO)

ORDER

J. Paul Oetken, District Judge:

    The C.J.A. attorney previously appointed in this case, Calvin Scholar, is hereby relieved as counsel and C.J.A. attorney Gráinne O'Neill is hereby appointed to represent the defendant.

SO ORDERED.

Dated: January 15, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge