

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 2, 2025

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Street
New York, New York 10007

Re:   *United States v. Nunez et al.*, 22 Cr. 293 (JPO)

Dear Judge Oetken:

A conference is currently scheduled in this case for June 5 at 12:30 p.m. for the three defendants who have not yet been convicted: Jesus Zapata, Brayan Lloret, and Jowenky Nunez Sr. The Government writes to respectfully request that the conference be adjourned.

As to defendants Zapata and Lloret, who are scheduled to proceed to trial on October 6, 2025, the parties are communicating with chambers to identify a new date for a conference for those two defendants. As to defendant Nunez Sr., who is scheduled to proceed to proceed to trial on February 2, 2026, the defendant consents to adjourn the conference date for approximately 60 days. Nunez Sr. further consents to an exclusion of time under the Speedy Trial Act from June 5 until the next conference date, and such an exclusion is in the interests of justice so that the defendant can continue to review the discovery.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Kevin Mead*
Kevin Mead
Sarah L. Kushner
Ashley C. Nicolas
Alexandra S. Messiter
Assistant United States Attorneys
(212) 637-2211/2676/2467/2544

Granted. The June 5, 2025 pretrial conference is adjourned and the next pretrial conference as to Jowenky Nunez Sr., is set for August 7, 2025 at 2:00 pm. The Court hereby excludes time through August 7, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
So ordered:
6/3/2025

_____
J. PAUL OETKEN
United States District Judge