

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37ᵗʰ Floor*
*New York, New York 10278*

November 25, 2025

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Street
New York, New York 10007

Re:    *United States v. Jowenky Nunez, Sr.*, 22 Cr. 293 (JPO)

Dear Judge Oetken:

On October 15, 2025, the Court entered a pretrial schedule in advance of trial in this case against defendant Jowenky Nunez, Sr., which is set for February 2, 2026. The Government writes, with the consent of the defense, to respectfully request a two-week extension of the deadline for the Government to provide expert notice from December 4, 2025 to December 18, 2025.[1] (*See* Dkt. 710).

Granted.
So ordered:
12/1/2025

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/*
    Kevin Mead
    Sarah L. Kushner
    Ashley C. Nicolas
    Alexandra S. Messiter
    Assistant United States Attorneys
    (212) 637-2211/2676/2467/2544

_____

J. PAUL OETKEN
United States District Judge

---

[1] The Government does not seek an adjournment of the December 4, 2025 deadline to provide Rule 404(b) notice.